Thomas D. Fama (State Bar No. 261477)
tfama@wshblaw.com
Jenny A. Silverstein (State Bar No. 264933)
jsilverstein@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
1401 Willow Pass Road, Suite 700
Concord, California 94520-7982
Phone: 925.222.3400 ♦ Fax: 925.356.8250

Attorneys for Defendants YOSEMITE HOSPITALITY, LLC; ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP; and YOSEMITE VALLEY LODGE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| ILENE LEFLAND,<br><br>    Plaintiff,<br><br>    v.<br><br>YOSEMITE VALLEY LODGE, a corporation; YOSEMITE HOSPITALITY, LLC, a corporation; ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP, a limited partnership; and DOES 1 TO 50, inclusive,<br><br>    Defendants. | Case No. 1:23-CV-01629-SKO<br><br>**STIPULATION AND ORDER MODYFING DISCOVERY DEADLINES**<br><br>**(Doc. 19)** |

Plaintiff ILENE LEFLAND ("Plaintiff") and Defendants ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP, (a Delaware limited liability company and YOSEMITE VALLEY LODGE and YOSEMITE HOSPITALITY, LLC  ("Defendants") [collectively referred to herein as the "Parties"'] by and through their respective counsel of record, jointly prepared and submit this Stipulation and [Proposed] Order for purposes of continuing litigation deadlines pending mediation on October 29, 2024.

### RECITALS

**WHEREAS**, on or about October 12, 2023, Plaintiff filed her Complaint and against Defendants based upon the causes of action for (1) Negligence and (2) Premises Liability in Mariposa County Superior Court.

WOOD, SMITH, HENNING & BERMAN LLP
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925.222.3400 ♦ FAX 925.356.8250

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WOOD, SMITH, HENNING & BERMAN LLP
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925.222.3400 ♦ FAX 925.356.8250

**WHEREAS,** on or about November 17, 2023, Defendants filed a Notice of Removal from State to Federal Court. The matter was assigned to the Eastern District Court of California on or about November 20, 2023.

**WHEREAS,** Defendants filed their Answers to Plaintiff's Complaint on or about November 15, 2023 and December 15, 2023.

**WHEREAS,** on or about March 7, 2024, the Court issued its Scheduling Order

**WHEREAS,** pursuant to the Court's Scheduling Order, various deadlines have been set forth in advance of and associated with the completion of discovery prior to trial. Specifically, Non-Expert Discovery is to be completed by October 1, 2024; Expert Disclosures are due by October 15, 2024; Non-Dispositive Motions are to be field by December 9, 2024 and Dispositive Motions are to be filed by December 16, 2024.

**WHEREAS,** in March 2024, Plaintiff's counsel propounded written discovery to Defendants. Defendants provided responses in April 2024.

**WHEREAS,** on July 15, 2024, Plaintiff's deposition was taken by defense counsel.

**WHEREAS,** on or about September 12, 2024, the parties met and conferred and agreed that additional discovery needed to be completed and it would not be completed by the deadlines. Specifically, the depositions of the Persons Most Knowledgeable for Yosemite Valley Lodge and a site inspection of the location of Plaintiff's injuries at Yosemite Valley Lodge.

**WHEREAS,** during that meet and confer session between the parties on September 12, 2024, the parties agreed to continue additional discovery after a mediation session in October 2024.

**WHEREAS,** on September 27, 2024, the parties confirmed mediation with Judge Austin at ADR Services to take place on October 29, 2024 at 12:00 p.m. PST via Zoom.

**WHEREAS,** in consideration of and based on the foregoing, the Parties seek to enter into this Joint Stipulation in order to continue all other litigation related deadlines in order to have reasonable and sufficient time to mediate the matter and to finish conducting additional discovery should the matter not settle at mediation.

/ / /

STIPULATION CONTINUING LITIGATION DEADLINES PENDING MEDIATION; DECLARATION OF
JENNY A. SILVERSTEIN; ORDER

**WHEREAS**, good cause and support for and in consideration of this Joint Stipulation is further set forth under the Declaration of Jenny A. Silverstein, counsel for Defendants, attached hereto.

## STIPULATION

**NOW THEREFORE, WITH GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Defendants, by and through their respective counsel of record, as follows:

1. That the Non-Expert Discovery deadline of October 1, 2024 be continued for 120 days to February 3, 2025.

2. That the Expert Disclosures deadline of October 15, 2024 be continued for 120 days to February 14, 2025.

3. That the Non-Dispositive Motions deadline of December 9, 2024 be continued for 90 days to March 10,  2025.

4. That the Dispositive Motions deadline of December 16, 2024 be continued for 90 days to March 17, 2025.

5. That this Stipulation shall not prejudice the Parties and their ability to seek a further stay and continuance of trial and litigation related deadlines in the event additional time is needed to facilitate and finalize settlement and resolution of this action.

6. That this Stipulation may be executed in counterparts and each counterpart signature, when taken with all other signatures, be treated as if executed upon one original of this Stipulation. Facsimile or e-mail signatures will be binding upon any Party as though they were originals.

DATED:  September 30, 2024            TEDFORD & ASSOCIATES


By ____/s/ James R. Tedford_____

JAMES R. TEDFORD
Attorney for Plaintiff ILENE LEFLAND

WOOD, SMITH, HENNING & BERMAN LLP
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925.222.3400 ♦ FAX 925.356.8250

1   DATED:  September 30, 2024          LAW OFFICES OF ADRIANOS FACCHETTI, PC

2

3                                       By:   _____/s/ Adrianos Facchetti_____

4                                             ADRIANOS FACCHETTI
                                        Attorney for Plaintiff ILENE LEFLAND

5

6

7   DATED:  September 30, 2024          WOOD, SMITH, HENNING & BERMAN LLP

8

9                                       By    _____/s/ Jenny A. Silverstein_____

10                                            THOMAS D. FAMA
                                             JENNY A. SILVERSTEIN

11                                      Attorneys for Defendants YOSEMITE HOSPITALITY,
                                        LLC; ARAMARK MANAGEMENT SERVICES

12                                      LIMITED PARTNERSHIP; and YOSEMITE VALLEY
                                        LODGE

13

14

15                                      **<u>ORDER</u>**

16       **AFTER CONSIDERATION OF THE PARTIES' JOINT STIPULATION (Doc. 19)**

17   **AND GOOD CAUSE APPEARING,** the Court hereby approves and issues the following Order

18   with respect to the Parties' Joint Stipulation to continue discovery and litigation deadlines as

19   follows:

20       1.      The Non-Expert Discovery deadline of October 1, 2024, shall be continued for 120

21   days to February 3, 2025.

22       2.      The Expert Disclosures deadline of October 15, 2024, shall be continued for 120

23   days to February 14, 2025;

24       3.      The Non-Dispositive Motions deadline of December 9, 2024, shall be continued for

25   90 days to March 10, 2025, with the hearing deadline of April 16, 2025;

26       4.      The Dispositive Motions deadline of December 16, 2024, shall be continued for 90

27   days to March 17, 2025, with a hearing deadline of April 23, 2025;

28       5.      The Pre-Trial Conference set for March 19, 2025, shall be continued for 90 days to

WOOD, SMITH, HENNING & BERMAN LLP
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925.222.3400 ♦ FAX 925.356.8250

1    June 18, 2025;

2          6.      The Trial set for May 13, 2025, shall be continued to August 19, 2025; and

3          7.      The Deadline to Provide Dates for a Settlement Conference shall be continued for

4    90 days to May 14, 2025.

5

6    IT IS SO ORDERED.

7    Dated:   __October 1, 2024__                    ___/s/ *Sheila K. Oberto*___

8                                                    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WOOD, SMITH, HENNING & BERMAN LLP
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925.222.3400 ◆ FAX 925.356.8250