1  Thomas D. Fama (State Bar No. 261477)
   tfama@wshblaw.com
2  Ali A. Delforoush (State Bar No. 315704)
   adelforoush@wshblaw.com
3  **WOOD, SMITH, HENNING & BERMAN LLP**
   1401 Willow Pass Road, Suite 700
4  Concord, California 94520-7982
   Phone: 925.222.3400 ♦ Fax: 925.356.8250
5
   Attorneys for Defendants YOSEMITE HOSPITALITY, LLC; ARAMARK MANAGEMENT
6  SERVICES LIMITED PARTNERSHIP; and YOSEMITE VALLEY LODGE

7                    **UNITED STATES DISTRICT COURT**

8                    **EASTERN DISTRICT OF CALIFORNIA**

9                         **FRESNO DIVISION**

10  ILENE LEFLAND,                              Case No. 1:23-CV-01629-SKO

11              Plaintiff,
                                                **ORDER MODIFYING CASE SCHEDULE**
12       v.
                                                (Doc. 22)
13  YOSEMITE VALLEY LODGE, a
    corporation; YOSEMITE HOSPITALITY,          The Hon. Sheila K. Oberto; Crtrm. 7
14  LLC, a corporation; ARAMARK
    MANAGEMENT SERVICES LIMITED
15  PARTNERSHIP, a limited partnership; and     Trial Date:          8/19/25
    DOES 1 TO 50, inclusive,
16
                Defendants.
17

18       Based upon the Stipulation of the Parties (Doc. 22) and for good cause shown (*see* Fed. R.

19  Civ. P. 16(b)(4)), the case schedule is hereby MODIFIED as follows:

20       1.    The Expert Disclosure deadline is continued to **March 14, 2025**;

21       2.    The Rebuttal Expert Disclosure deadline is continued to **April 14, 2025**;

22       3.    The Non-Dispositive Motions deadline is continued to **April 16, 2025**, with a hearing

23             deadline of **May 21, 2025**;[1]

24       4.    The Dispositive Motions deadline is continued to **April 23, 2025**, with a hearing

25             deadline of **May 28, 2025**;

26

27  ────────────────────────────
    [1] Although the parties did not request an enlargement of the motion deadlines and pretrial and trial dates, such
28  enlargement is necessary to allow the Court time to adjudicate motions and for the parties to prepare for trial.

    36645875.1:10745-0192
    ────────────────────────────
    ORDER CONTINUING EXPERT DISCLOSURE AND REBUTTAL DISCLOSURE DEADLINES

WOOD, SMITH, HENNING & BERMAN LLP
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925.222.3400 ♦ FAX 925.356.8250

1       5.        The Pre-Trial Conference is continued to **August 6, 2025, at 3:30 p.m.**;

2       6.        The Trial is continued to **October 7, 2025, at 8:30 a.m**.; and

3       7.        The Deadline to Provide Dates for a Settlement Conference is continued to **July 9,**

4      **2025**, or 90 days before trial, whichever is later.

6 IT IS SO ORDERED.

7 Dated:   **February 14, 2025**                 /s/ *Sheila K. Oberto*

8                                    UNITED STATES MAGISTRATE JUDGE

WOOD, SMITH, HENNING & BERMAN LLP
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925.222.3400 ◆ FAX 925.356.8250

STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXPERT DISCLOSURE AND REBUTTAL
DISCLOSURE