# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILENE LEFLAND,<br><br>  Plaintiff,<br><br>  v.<br><br>YOSEMITE VALLEY LODGE, et al.,<br><br>  Defendants. | No.  1:23-cv-01629-JLT-SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 28) |

On May 5, 2025, the parties filed a joint stipulation dismissing the action. (Doc. 28.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 6, 2025**          /s/ *Sheila K. Oberto*          
                         UNITED STATES MAGISTRATE JUDGE